UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re: Case No: 2:26-bk-01753-FMR
Chapter 7

Mario Bustos

Debtor(s)

/

**REPORT AND NOTICE OF**
**INTENTION TO SELL PROPERTY OF THE ESTATE**

**Important Notice and Opportunity to Object**

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899 and, if the moving party is not represented by an attorney, mail a copy to the moving party at Richard M. Dauval, 3900 1st Street North, Suite 100, Saint Petersburg, FL 33703 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

**TO: Creditors, Debtors and Parties in Interest**

RICHARD M. DAUVAL, the Trustee duly appointed and acting for the above-captioned estate reports that he intends to sell, 21 days from the date of mailing by the Bankruptcy Court, the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

[SPACE LEFT INTENTIONALLY BLANK]

1. Excess equity in the following assets listed on the Debtor(s) Schedule B.

**Asset Description**

[SEE ATTACHED]

2. Manner of Sale: Private
3. Amount Collected by Estate at Time of Notice: $0.00
4. Terms of Sale:
    A. To: Mario Bustos
    B. Sale Price: Total is $6,000.00.
    C. All right, title, and interest of bankruptcy estate, if any.
    D. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Subject to Debtor(s) allowed claim of exemption, if any.
    E. Additional terms attached.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing by the Bankruptcy Court as indicated below. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that any objections to the sale shall state the reasons for the objection and shall include a request for a hearing on the objection. If no objection is filed, the property described above will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

Dated: October 15, 2026

/s/ Richard M. Dauval
Richard M. Dauval, Trustee
P.O. Box 7929
St. Petersburg, FL 33704
(727) 327-3328

# Payment Schedule



**Trustee:** RICHARD M. DAUVAL, TRUSTEE

**Case:** 2:26-01753 Mario Bustos

**A/R Account:** 001 Bustos

**Assets:**
1 Infiniti QX60 2020 67,000 miles
2 Jeep Wrangler 2002 160,000 miles

Scheduled payments have been established for these assets

| | | | | | |
|---|---|---|---|---|---|
| **Principal:** | $6,000.00 | **No. of Payments:** | 1 | **Interest Rate:** | 0.0000 |
| **Down Payment:** | $0.00 | **Payment Interval:** | Month | | |
| **Balance Due:** | $6,000.00 | **First Payment Due:** | 10/01/26 | | |

**Send Payments to:** RICHARD M. DAUVAL, TRUSTEE
P.O. Box 7929
Saint Petersburg, FL 33704

**Collection Notes:**

| Payment No. | Due Date | Principal | Interest | Amount Due | Paid to Date | Balance $6,000.00 |
|---|---|---|---|---|---|---|
| 1 | 10/01/26 | $6,000.00 | $0.00 | $6,000.00 | $0.00 | $6,000.00 |
| | | $6,000.00 | $0.00 | $6,000.00 | $0.00 | |