UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

Mario Bustos

Case No: 2:26-bk-01753-FMR
Chapter 7

# REPORT OF SALE

Richard M Dauval, the Trustee duly appointed and acting for the above-captioned estate has sold the following property to Mario Bustos for $6,000.00, receipt of which is hereby acknowledged:

Asset Description

2020 Infiniti QX60 67,000 miles
2002 Jeep Wrangler 160,000 miles

/s/ Richard M Dauval

Richard M Dauval, Trustee
P.O. Box 7929
St. Petersburg, Fl 33704
(727)327-3328

# Payment Schedule



**Trustee:** RICHARD M. DAUVAL, TRUSTEE

**Case:** 2:26-01753 Mario Bustos

**A/R Account:** 001 Bustos

**Assets:**
1 Infiniti QX60 2020 67,000 miles
2 Jeep Wrangler 2002 160,000 miles

Scheduled payments have been established for these assets

| | | | | | |
|---|---|---|---|---|---|
| **Principal:** | $6,000.00 | **No. of Payments:** | 1 | **Interest Rate:** | 0.0000 |
| **Down Payment:** | $0.00 | **Payment Interval:** | Month | | |
| **Balance Due:** | $6,000.00 | **First Payment Due:** | 10/01/26 | | |

**Send Payments to:** RICHARD M. DAUVAL, TRUSTEE
P.O. Box 7929
Saint Petersburg, FL 33704

**Collection Notes:**

| Payment No. | Due Date | Principal | Interest | Amount Due | Paid to Date | Balance $6,000.00 |
|---|---|---|---|---|---|---|
| 1 | 10/01/26 | $6,000.00 | $0.00 | $6,000.00 | $6,000.00 | $0.00 |
| | | $6,000.00 | $0.00 | $6,000.00 | $6,000.00 | |